UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LAUREN MINNITI, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DYNASTY INTERNATIONAL MARKETING GROUP, INC., a Florida corporation, DYNASTY INTERNATIONAL PRODUCTIONS, INC., a Florida corporation, and MAX KNOWLES, an individual, )<br>)<br>Defendants. ) | Case No. 14-cv-60760<br><br>Hon. William J. Zloch |

## REPORT OF MEDIATOR

THIS CAUSE came before the undersigned Mediator on Thursday, August 7, 2014 for the Mediation Conference pursuant to the Court's Order of Referral to Mediation. Upon the conclusion of said Mediation Conference, it was SETTLED.

### Certificate of Service

I HEREBY CERTIFY that on August 7, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, thereby ensuring electronic notification of same to the following parties: Joseph J. Siprut, Esq., *jsiprut@siprut.com*, Gregg M. Barbakoff, Esq., *gbarbakoff@siprut.com*, Ismael T. Salam, Esq., *isalam@siprut.com*, **SIPRUT PC,** 17 N. State Street, Suite 1600, Chicago, Illinois 60602; Scott D. Owens, Esq., *scott@scottdowens.com*, **SCOTT D. OWENS, P.A.,** 664 East Hallandale Beach Blvd., Hallandale, Florida 33009; and Eduardo I. Rasco, Esq., *eir@rrrklaw.com*, William L. Tucker, Esq., *wlt@rrrklaw.com*, **ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC,** One Aventura, Suite 600, 20900 Northeast 30th Avenue, Aventura, Florida 33180.

/s/ Glenn J. Waldman
Glenn J. Waldman, Esq.
Fla. Bar No. 374113
U.S. District Court Mediator
Telephone: (954) 467-8600
E-mail: gwaldman@waldmanlawfirm.com