**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LAUREN MINNITI, individually and on behalf of all others similarly situated, ) ) ) | |
| ) | Case No. 14-cv-60760 |
| Plaintiff, ) ) | Hon. William J. Zloch |
| v. ) ) | |
| DYNASTY INTERNATIONAL MARKETING GROUP, INC., a Florida corporation, DYNASTY INTERNATIONAL PRODUCTIONS, INC., a Florida corporation, and MAX KNOWLES, an individual, ) ) ) ) ) ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Lauren Minniti ("Plaintiff") and Defendants Dynasty International Marketing Group, Inc., Dynasty International Productions, Inc. and Max Knowles (collectively referred to as the "Defendants"), hereby stipulate, by and through their respective undersigned counsel, to the dismissal with prejudice of Plaintiff's claims against Defendants in the above-styled lawsuit. Each party shall bear its own costs.

1493711

Dated:  August 18, 2014                              Respectfully Submitted,

       /s/ *Joseph J. Siprut*
Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312 .241.1260

*Attorneys for Plaintiff Lauren Minniti, individually and on behalf of all others similarly situated*

      */s/ Eduardo I. Rasco*
Eduardo I. Rasco
eir@rrrklaw.com
Florida Bar No. 646326
William L. Tucker
wlt@rrrklaw.com
Florida Bar No. 92580
ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
One Aventura – Suite 600
20900 Northeast 30th Avenue
Aventura, FL 33180
Tel: (305) 937-0300
Fax: (305) 937-1311

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing **Stipulation of Dismissal** was filed electronically with the Clerk of the Court using the CM/ECF system on this 18th day of August, 2014, and served electronically on all counsel of record.

_____
Joseph J. Siprut

4849-9059-5101, v. 1

1493711