UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-60760-CIV-ZLOCH

LAUREN MINNITI,

      Plaintiff,                    **FINAL ORDER OF DISMISSAL**

vs.

DYNASTY INTERNATIONAL MARKETING,
GROUP, INC., a Florida corporation
et al.,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Parties' Stipulation Of Dismissal (DE 34). The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Stipulation Of Dismissal (DE 34) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   19th   day of August, 2014.

                                                      _____
                                                      WILLIAM J. ZLOCH
                                                      United States District Judge

Copies furnished:

All Counsel of Record